# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2019**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Gonzales, Dion Phillip | Docket No. | 0980 2:19CR00062-RMP-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dion Phillip Gonzales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 10th day of April 2019, under the following conditions:

Standard Condition #1: Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Dion Phillip Gonzales was cited for driving while license suspended (case number CB6263) on December 9, 2019, in the District of Oregon.

Conditions of pretrial release were reviewed with Mr. Gonzales by the District of Oregon on June 17, 2019, and then again on July 1, 2019. He acknowledged an understanding of his conditions which included standard condition number 1.

On December 12, 2019, this officer received an email from United States Probation Officer (USPO) Rios with the District of Oregon, advising the defendant was cited on December 9, 2019, for driving on a suspended license. Per USPO Rios, the defendant reported to the probation office, admitted he was driving, and provided a copy of the citation as issued by Clatsop County in the State of Oregon. The defendant has a court appearance scheduled for January 22, 2020, at Cannon Beach Municipal Court.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 19, 2019 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
Re: Gonzales, Dion Phillip
December 19, 2019
Page 2

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

12/20/2019
_____
Date